IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01062-PSF-PAC

SYLVIA DEUTSCHER, f/k/a Sylvia Hutchins,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., Plan Sponsor of the
QWEST DISABILITY PLAY, f/k/a US West Disability Plan,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Pursuant to the Stipulation for Dismissal with Prejudice (Dkt. # 15) signed by the attorneys for the parties hereto, it is hereby ORDERED that the Complaint and cause of action in this matter are DISMISSED WITH PREJUDICE in accordance with the parties' settlement agreement.

    DATED: August 10, 2006